**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

R. BRIAN SHOBER, INDIVIDUALLY AND : No. 277 MAL 2020
AS EXECUTOR OF THE ESTATE OF :
ROSALEE MARIE SHOBER, DECEASED, :
: Petition for Allowance of Appeal
Petitioner : from the Order of the Superior Court
:
:
v. :
:
:
ST. JOSEPH MEDICAL CENTER; ST. :
JOSEPH REGIONAL HEALTH NETWORK; :
CAROL A. GREENBERG, EXECUTRIX OF :
THE ESTATE OF ROBERT GREENBERG, :
M.D.; MOHAMED F. SOUMAKIEH, M.D.; :
BORNEMANN HEALTH CORPORATION :
A/K/A BORNEMANN SURGERY :
ASSOCIATES, A/K/A BORNEMANN :
ANESTHESIA, :
:
Respondents :


**ORDER**


**PER CURIAM**

**AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal
is **DENIED**.